HERMAN HAUSSMANN et al., Appellants, *v.* COLONIAL TRUST
COMPANY, Respondent, Impleaded with Others.

Argued January 3, 1939; decided March 7, 1939.

*Samuel Gottlieb* and *I. Gainsburg* for appellants.

*David E. Hudson* and *Arthur J. Marangelo* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.